*DENIED*
*Judge James Ware*
*5/4/2010*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VERA BRADLEY DESIGNS, INC., an Indiana Corporation, DIZENGOFF HANDBAGS, INC., a New York Corporation, and TONY PEROTTI ITALY (USA) LLC.,<br><br>Defendants. | Case No. 5:10-cv-00120-JW<br><br>**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE FOR FILING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

    The stipulation to continue the May 10, 2010 case management conference is denied. The Case Management Conference remains on calendar for **May 10, 2010 at 10:00 AM**. The joint statement shall be filed by May 5, 2010.

Dated: May 4, 2010          By: _____
                                                  Honorable JAMES WARE
                                                  United States District Court