UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| VALLAVISTA CORPORATION,<br>           Plaintiff, | No. C 10-0120 JW |
| v. | **ORDER DENYING REQUEST FOR DEFENDANT VERA BRADLEY DESIGNS, INC.'S INSURER REPRESENTATIVE TO ATTEND THE MEDIATION TELEPHONICALLY** |
| VERA BRADLEY DESIGNS, INC., et al.,<br>           Defendants.<br>_____/ | |

Date:      July 13, 2010
Mediator:  William Fenwick

IT IS HEREBY ORDERED that the request for defendant Vera Bradley Designs, Inc.'s insurer representative, Patricia Horton, to be excused from personally attending the July 13, 2010 mediation session before William Fenwick is DENIED.  The court finds that Ms. Horton has <u>not</u> demonstrated that her personal attendance at the mediation would "impose an extraordinary or otherwise unjustifiable hardship" in accordance with ADR L.R. 6-10(d).  Accordingly, the court DENIES the request to be relieved from compliance with the ADR Local Rules and ORDERS Ms. Horton to appear at the mediation in person.

IT IS SO ORDERED.

July 7, 2010          By:         *Elizabeth D. Laporte*
Dated                                            Elizabeth D. Laporte
                                                United States Magistrate Judge