1  Kevin R. Martin (SBN 176853)
   **PATTON MARTIN & SULLIVAN LLP**
2  6600 Koll Center Parkway, Suite 250
   Pleasanton, California 94566
3  Tel: 925-600-1800
   Fax: 925-600-1802
4  kevin@pattonmartinsullivan.com

5  Attorneys for Plaintiff and Counterdefendant
   VALLAVISTA CORPORATION

6

7  David P. Irmscher (pro hac vice)
   Brad R. Mauer (pro hac vice)
   **BAKER & DANIELS LLP**
8  300 North Meridian Street, Suite 2700
   Indianapolis, Indiana 46204
9  Tel: 317-237-0300
   Fax: 317-237-1000
10 david.irmscher@bakerd.com
   brad.mauer@bakerd.com
11
   Attorneys for Defendant and Counterclaimant
12 VERA BRADLEY DESIGNS, INC.

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge James Ware, 1/14/2011]*

13

14                    UNITED STATES DISTRICT COURT

15                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO/OAKLAND DIVISION

17

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>VERA BRADLEY DESIGNS, INC., an Indiana Corporation, DIZENGOFF HANDBAGS, INC., a New York Corporation, and TONY PEROTTI ITALY (USA) LLC.,<br><br>              Defendants. | Case No.: 5:10-cv-00120 JW (HRL)<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)**<br><br>**Complaint Filed: 1-11-10** |

The parties, by and through their undersigned counsel of record, hereby stipulate and agree that the above-captioned proceeding and any cross-claims may be and hereby is dismissed

                                                                                1

STIPULATION FOR DISMISSAL
No. 5:10-cv-00120HRL

1 | with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without the
2 | award of costs or attorney's fees to any party.

Dated: January 10, 2011

Respectfully Submitted,

**PATTON MARTIN & SULLIVAN LLP**

By: _/s/ Kevin R. Martin_
KEVIN R. MARTIN
Attorneys for Plaintiff and Counterdefendant
VALLAVISTA CORPORATION

Dated: January 10, 2011

**BAKER & DANIELS, LLP**

By: _/s/_
DAVID P. IRMSCHER/BRAD R. MAURER
Attorneys for Defendant and Counterclaimant
VERA BRADLEY DESIGNS, INC.

STIPULATION FOR DISMISSAL
No. 5:10-cv-00120HRL

2