**IT IS SO ORDERED**
*Judge James Ware*
1/14/2011

Kevin R. Martin (SBN 176853)
**PATTON MARTIN & SULLIVAN LLP**
6600 Koll Center Parkway, Suite 250
Pleasanton, California 94566
Tel: 925-600-1800
Fax: 925-600-1802
kevin@pattonmartinsullivan.com

Attorneys for Plaintiff
VALLAVISTA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VERA BRADLEY DESIGNS, INC., an Indiana Corporation, DIZENGOFF HANDBAGS, INC., a New York Corporation, and TONY PEROTTI ITALY (USA) LLC.,<br><br>Defendants. | Case No.: 5:10-cv-00120 JW (HRL)<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)**<br><br>**Complaint Filed: 1-11-10** |

The parties, by and through their undersigned counsel of record, hereby stipulate and agree that the above-captioned proceeding and any cross-claims may be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without the award of costs or attorney's fees to any party.

Dated: January 10, 2011        **PATTON MARTIN & SULLIVAN LLP**

By: _____
KEVIN R. MARTIN
Attorneys for Plaintiff VALLAVISTA CORPORATION

STIPULATION FOR DISMISSAL
No. 5:10-cv-00120HRL

1

2 | Dated: January 10, 2011

4 | By: _____
5 | YASHA SACK
  | for Defendant TONY PEROTTI ITALY (USA), LLC

Dated: January 10, 2011

By: _____
YASHA SACK
for Defendant TONY PEROTTI ITALY (USA), LLC