United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vallavista Corp., | NO. C 10-00120 JW |
| Plaintiff, | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Dizengoff Handbags, Inc., | |
| Defendant. | |

This case is scheduled for a Preliminary Pretrial Conference on January 24, 2011. In contravention of the Local Rules and the Court's prior Order, the parties failed to timely file a Joint Preliminary Pretrial Statement. On January 11 and 12, 2011, the parties filed a Stipulation for Dismissal of all Defendants, except Defendant Dizengoff Handbags. (See Docket Item Nos. 43, 44.) On January 14, 2011, the Court adopted the parties' Stipulation and granted dismissal. (See Docket Item Nos. 45, 46.)

In light of the recent dismissal and the parties' failure to timely file a Joint Statement, the Court finds a Preliminary Pretrial Conference premature at this time. Accordingly, the Court VACATES the January 24 Conference. On or before **January 31, 2011**, the parties shall file a Stipulated Dismissal for Defendant Dizengoff Handbags, a Notice of Default Judgment, or a Joint Statement including, *inter alia*, a good faith schedule on how this case should proceed.

Dated: January 21, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brad R. Maurer brad.maurer@bakerd.com
David P. Irmscher david.irmscher@bakerd.com
Kevin Richard Martin kevin@pattonmartinsullivan.com
Nathaniel Bruno nbruno@sheppardmullin.com
Neil Arthur Smith nsmith@rmkb.com

**Dated: January 21, 2011**                           **Richard W. Wieking, Clerk**

                                             **By:    /s/ JW Chambers**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California