IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vallavista Corp., | NO. C 10-00120 JW |
| Plaintiff, v. | **ORDER REQUIRING SUPPLEMENTAL EVIDENCE RE: REQUEST FOR DAMAGES, FEES AND COSTS** |
| Vera Bradley Designs, Inc., et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's Motion for Default Judgment.[1] In its Motion, Plaintiff requests an award for damages, attorney fees, and costs in the amount of $250,000. (Id. at 9-10.) Upon review, the Court finds that Plaintiff has not provided an accounting for this request in any of its filings. (See Docket Item Nos. 53-57.)

Accordingly, on or before **March 31, 2011, at 12 p.m.**, Plaintiff shall file a supplemental declaration providing an accounting of its request for damages, attorney fees, and costs. Failure to timely file the required accounting is deemed to be a waiver of damages, fees and costs.

Dated: March 29, 2011

JAMES WARE
United States District Chief Judge

---

[1] (See Application for Default Judgment Against Defendant Dizengoff Handbags, Inc., hereafter, "Motion," Docket Item No. 54.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brad R. Maurer brad.maurer@bakerd.com
David P. Irmscher david.irmscher@bakerd.com
Kevin Richard Martin kevin@pattonmartinsullivan.com
Nathaniel Bruno nbruno@sheppardmullin.com
Neil Arthur Smith nsmith@rmkb.com

**Dated: March 29, 2011**               **Richard W. Wieking, Clerk**

                                        **By:**   /s/ JW Chambers

                                        **Elizabeth Garcia**
                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California