# Exhibit  A

# PATTON MARTIN & SULLIVAN LLP

6600 Koll Center Parkway, Ste 250
Pleasanton, CA  94566
(925) 600-1800

Tax ID # 27-0493971

January 31, 2010

Invoice #   10161

**Monthly Invoice**

V0290.002
Vallsta/Bradley

Due Upon Receipt

Vallavista
c/o Alicia Klein
3541 Wilkinson Lane
ıfayette CA 94549

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/22/2009 KRM | Fees | Review possible infringement claim against Vera Bradley; web search for evidence of infringement. | 0.80 300.00/hr | 240.00 |
| 1/4/2010 KRM | Fees | Review letter from Amie Carter Peele regarding owlmark; forward to client. | 0.20 300.00/hr | 60.00 |
| 1/5/2010 KRM | Fees | Draft and revise Complaint for Trademark Infringement, Unfair Competition and Declaratory Relief; pull exhibits showing usage of TAXI WALLET and similar marks in promotion similar products for Dizengoff, Tony Perotti, and Vera Bradley; teleconference with client. | 2.70 300.00/hr | 810.00 |
| 1/6/2010 KRM | Fees | Finalize complaint and exhibits for filing. | 2.90 300.00/hr | 870.00 |
| 1/7/2010 KRM | Fees | Further revisions of complaint per comments from client. | 0.40 300.00/hr | 120.00 |

PATTON MARTIN & SULLIVAN LLP
Vallavista

Page      2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/8/2010 | KRM | Fees<br>Finalize complaint and exhibits; confirm defendant service information; confer with paralegal re service issues. | 2.40<br>300.00/hr | 720.00 |
| 1/11/2010 | LM | Fees<br>Paralegal work, including final preparation for filing of Complaint with USDC, including exhibits to the Complaint; prepare Civil Cover Sheet; prepare Summons; attention to appropriate filing fees and arrange for filing | 1.10<br>100.00/hr | 110.00 |
| 1/15/2010 | KRM | Fees<br>Draft letter to Vera Bradley re preservation obligations. | 0.80<br>300.00/hr | 240.00 |
| 1/22/2010 | KRM | Fees<br>Review correspondence from counsel for Vera Bradley regarding spoliation. | 0.20<br>300.00/hr | 60.00 |
| | KRM | Fees<br>Review correspondence from counsel for Vera Bradley; draft response memo. | 0.70<br>300.00/hr | 210.00 |
| 1/27/2010 | KRM | Fees<br>Review petition to cancel TAXI WALLET logo mark and word mark registrations; teleconference with client regarding same and arguments and strategy in opposition. | 0.90<br>300.00/hr | 270.00 |
| 1/28/2010 | KRM | Fees<br>Review document file regarding Petition to Cancel TAXI WALLET mark; prepare opposition and Motion To Stay proceedings. | 1.30<br>300.00/hr | 390.00 |
| 1/29/2010 | KRM | Fees<br>Organize file; original documents from client regarding sales shows, use of mark, etc. | 0.90<br>300.00/hr | 270.00 |

**For professional services rendered**                                    15.30      $4,370.00

PATTON MARTIN & SULLIVAN LLP
Vallavista

Page    3

Additional Charges :

| | Qty/Price | Amount |
|---|---|---|
| 1/11/2010 LM   Advanced Costs<br>Us District Court: Filing Complaint | 1<br>350.00 | 350.00 |
| 1/14/2010 LM   Advanced Costs<br>One Legal: Service of Process: Vera Bradley Designs | 1<br>59.00 | 59.00 |
| 1/29/2010 LM   Copying<br>Fax, Scan Print and Copy Charges for the Month of January 2010 | 3<br>0.25 | 0.75 |

| | |
|---|---|
| **Total additional charges** | $409.75 |
| **Total amount of this bill** | $4,779.75 |
| 1/31/2010  Payment from trust account | ($3,403.04) |
| **Total payments and adjustments** | ($3,403.04) |
| **Addl amount due to replace trust funds** | $5,000.00 |
| **Total Balance Due** | $6,376.71 |

Summary of your Trust Account

| | |
|---|---|
| **Previous balance of Trust Account** | **$0.00** |
| 1/13/2010  Transferred from Matter .001 | $3,403.04 |
| 1/31/2010  Payment from trust account | ($3,403.04) |
| **New balance of Trust Account** | **$0.00** |

# PATTON MARTIN &
# SULLIVAN LLP

6600 Koll Center Parkway, Ste 250
Pleasanton, CA  94566
(925) 600-1800

Tax ID # 27-0493971

February 28, 2010                                                    **Monthly Invoice**

Invoice #   10207

V0290.002                                                          Due Upon Receipt
Vallsta/Bradley

Vallavista
c/o Alicia Klein
3541 Wilkinson Lane
' afayette CA 94549

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/10/2010 KRM | Fees | Teleconference with Tony Perotti representative regarding extension to file response to complaint, and production of sales information. | 0.30 300.00/hr | 90.00 |
| 2/16/2010 KRM | Fees | Prepare and file stipulation to extend deadline to file response to complaint for Tony Perotti. | 0.60 300.00/hr | 180.00 |
| 2/17/2010 KRM | Fees | Review Petition to Cancel Taxi Wallet trademarks and draft response. | 0.90 300.00/hr | 270.00 |
|  | **For professional services rendered** |  | **1.80** | **$540.00** |

Additional Charges :

|  |  |  | Qty/Price |  |
|---|---|---|---|---|
| 1/28/2010 LM | Advanced Costs | One Legal: Service of Dizengoffs Handbags | 1 338.00 | 338.00 |

PATTON MARTIN & SULLIVAN LLP
Vallavista

Page      2

| | | Qty/Price | Amount |
|---|---|---|---|
| 2/4/2010 LM | Advanced Costs | 1 | 149.00 |
| | One Legal: Clerks Letter, Summons, Complaint | 149.00 | |

| | |
|---|---|
| **Total additional charges** | **$487.00** |
| **Total amount of this bill** | **$1,027.00** |
| **Previous balance** | **$1,376.71** |
| **Addl amount due to replace trust funds** | **$5,000.00** |
| **Total Balance Due** | **$7,403.71** |

# PATTON MARTIN & SULLIVAN LLP

6600 Koll Center Parkway, Ste 250
Pleasanton, CA  94566
(925) 600-1800

Tax ID # 27-0493971

March 31, 2010

Invoice #   10255

V0290.002

Vallsta/Bradley

Vallavista
c/o Alicia Klein
3541 Wilkinson Lane
Lafayette CA 94549

## Monthly Invoice

Due Upon Receipt

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/25/2010 KRM | Fees | Study email from Tony Perotti regarding sales info for wallets. | 0.20 300.00/hr | 60.00 |
| 3/1/2010 KRM | Fees | Review Answer to Complaint and Counterclaims from Vera Bradley; draft email to client regarding same. | 0.70 300.00/hr | 210.00 |
| 3/3/2010 KRM | Fees | Review and revise Certification of Interested Parties and Disclosure; | 0.30 300.00/hr | 90.00 |
| 3/5/2010 KRM | Fees | Draft Answer to Petition to Cancel; draft Motion To Suspend Proceedings, draft Declaration of Kevin R. Martin in support; draft Memo of Points and Authorities in Support; attend to filing Answer. | 6.80 300.00/hr | 2,040.00 |
| 3/8/2010 KRM | Fees | Response to correspondence from Vera Bradley counsel regarding related case issue and magistrate. | 0.40 300.00/hr | 120.00 |

PATTON MARTIN & SULLIVAN LLP
Vallavista

Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/8/2010 KRM | Fees | Further preparation of Motion To Suspend Proceedings; file same with online TTAB filing. | 3.80<br>300.00/hr | 1,140.00 |
| KRM | Fees | Conference with client regarding case status; motion to suspend proceedings and Tony Perotti damage calculations. | 0.40<br>300.00/hr | 120.00 |
| 3/18/2010 KRM | Fees | Prepare Answer to Counterclaim. | 1.90<br>300.00/hr | 570.00 |
| 3/23/2010 LM | Fees | Paralegal work, including finalize answer to counterclaim; attention to filing of same | 0.50<br>100.00/hr | 50.00 |
| 3/26/2010 LM | Fees | Paralegal work, including drafting of Declination to Proceed before Magistrate Judge for Mr Martin's approval and signature; attention to filing of same. | 0.40<br>100.00/hr | 40.00 |
| 3/30/2010 LM | Fees | Paralegal work, including online access of court website for recent order reassigning case to Judge Ware in USDC/San Jose . | 0.10<br>100.00/hr | 10.00 |
| 3/31/2010 KRM | Fees | Attention to email request from Neil Smith regarding co-defendants. | 0.50<br>300.00/hr | 150.00 |
| | **For professional services rendered** | | **16.00** | **$4,600.00** |

Additional Charges :

| | | | Qty/Price | |
|---|---|---|---|---|
| 3/31/2010 LM | Copying | Print, Fax, Copies and Scans for the Month of March 2010. | 274<br>0.25 | 68.50 |
| LM | E108 Postage | Postage for the Month of March 2010 | 1<br>10.16 | 10.16 |

PATTON MARTIN & SULLIVAN LLP
Vallavista

Page    3

| | Amount |
|---|---|
| **Total additional charges** | **$78.66** |
| | |
| **Total amount of this bill** | **$4,678.66** |
| **Previous balance** | **$2,403.71** |
| Accounts receivable transactions | |
| 3/31/2010 Payment from trust account | ($6,915.61) |
| 3/31/2010 Payment from trust account | ($166.76) |
| **Total payments and adjustments** | **($7,082.37)** |
| **Addl amount due to replace trust funds** | **$4,640.66** |
| | |
| **Total Balance Due** | **$4,640.66** |

Summary of your Trust Account

| | |
|---|---|
| **Previous balance of Trust Account** | **$0.00** |
| 3/1/2010 Payment to trust account No. 38114 | $7,441.71 |
| 3/31/2010 Payment from trust account | ($6,915.61) |
| 3/31/2010 Payment from trust account | ($166.76) |
| **New balance of Trust Account** | **$359.34** |

# PATTON MARTIN & SULLIVAN LLP

6600 Koll Center Parkway, Ste 250
Pleasanton, CA  94566
(925) 600-1800

Tax ID # 27-0493971

April 30, 2010
Invoice #    10305

V0290.002
Vallsta/Bradley

Vallavista
c/o Alicia Klein
3541 Wilkinson Lane
Lafayette CA 94549

## Monthly Invoice

Due Upon Receipt

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/6/2010 | KRM | Fees<br>Study Motion filed by Vera Bradley to relate case to Target case and have Judge Alsup assigned.  Prepare email regarding same for client. | 0.90<br>300.00/hr | 270.00 |
| | LM | Fees<br>Paralegal time, including attention to filings by opposing counsel including numerous exhibits to motion to consider whether cases should be related | 0.40<br>100.00/hr | 40.00 |
| 4/7/2010 | KRM | Fees<br>Teleconference with client regarding motion to relate cases; review Motion For Summary Judgment Order in Target matter; research any connection between Neil Smith and Judge Alsup. | 1.90<br>300.00/hr | 570.00 |
| 4/11/2010 | LM | Fees<br>Paralegal time, including drafting of Request to Enter Default against Defendant  Dizengoff Handbags, Inc.; attention to discovery files and motion files to be used in current litigation case. | 3.10<br>100.00/hr | 310.00 |
| 4/13/2010 | KRM | Fees<br>Finalize request for default for Dizengoff. | 1.50<br>300.00/hr | 450.00 |
| 4/14/2010 | KRM | Fees<br>Organize file regarding documents supporting infringement claim; review other material produced in Target case which will be used in Vera Bradley | 1.30<br>300.00/hr | 390.00 |

PATTON MARTIN & SULLIVAN LLP
Vallavista                                                                Page    2

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|

matter.

| | | | | | |
|---|---|---|---|---|---|
| 4/15/2010 | KRM | Fees | Review correspondence to Royce in preparing demand letter to Perotti; consider sales figures from Perotti; draft letter. | 1.80 300.00/hr | 540.00 |
| 4/16/2010 | KRM | Fees | Draft demand letter to TONY PEROTTI ITALY (USA) regarding TAXI WALLET trademark. | 1.90 300.00/hr | 570.00 |
| | KRM | Fees | Finalize request for default against DIZENGOFF; online confirmation of corporate information. | 1.10 300.00/hr | 330.00 |
| 4/19/2010 | KRM | Fees | Conference with Yasha Sack regarding settlement proposal. | 0.40 300.00/hr | 120.00 |
| 4/21/2010 | KRM | Fees | Teleconference with client regarding settlement proposal from Tony Perotti representative; decide on counter offer. | 0.30 300.00/hr | 90.00 |
| 4/22/2010 | LM | Fees | Paralegal time, including online access of court website and attention to filing Request for Entry of Default and Clerk's Certificate against Dizengoff Handbags. | 0.40 100.00/hr | 40.00 |
| 4/29/2010 | KRM | Fees | Draft Joint Stipulation to Continue case management conference hearing date pending settlement discussions with Tony Perotti; draft proposed Order; email to opposing counsel. | 1.10 300.00/hr | 330.00 |
| | KRM | Fees | Research issues and caselaw on "fraud" claim against TAXI WALLET trademark; confirm standard of proof lies with claimant and that innocent misunderstanding does not rise to level of fraud. | 1.40 300.00/hr | 420.00 |
| | LM | Fees | Paralegal time, including online access of court website and attention to filing of Stipulation and Proposed order re continuance of case management hearing and deadline dates | 0.40 100.00/hr | 40.00 |

PATTON MARTIN & SULLIVAN LLP
Vallavista

Page     3

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/30/2010 KRM | Fees<br>Email exchange with Yasha Sack regarding conference call for settlement proposal. | 0.20<br>300.00/hr | 60.00 |
| | **For professional services rendered** | 18.10 | **$4,570.00** |
| 4/30/2010 | Payment from trust account | | ($359.34) |
| | **Total payments and adjustments** | | **($359.34)** |
| | **Addl amount due to replace trust funds** | | **$5,000.00** |
| | **Total Balance Due** | | **$9,210.66** |

Summary of your Trust Account

| | Amount |
|---|---|
| **Previous balance of Trust Account** | **$359.34** |
| 4/30/2010 Payment from trust account | ($359.34) |
| **New balance of Trust Account** | **$0.00** |

# PATTON MARTIN & SULLIVAN LLP

6600 Koll Center Parkway, Ste 250
Pleasanton, CA 94566
(925) 600-1800

Tax ID # 27-0493971

May 31, 2010

Invoice #   10354

V0290.002
Valista/Bradley

Vallavista
c/o Alicia Klein
3541 Wilkinson Lane
~fayette CA 94549

## Monthly Invoice

Due Upon Receipt

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/3/2010 | KRM | Fees<br>Teleconference with Mr. Sack regarding settlement proposal of $10K; talking to financial advisor and calling on 5/10/10. | 0.40<br>300.00/hr | 120.00 |
| | LM | Fees<br>Paralegal time, including review of previous client file for motions for summary judgment, discovery pleadings and documents produced by the client for organization to be used in current litigation case for Vallavista Corporation. | 2.30<br>100.00/hr | 230.00 |
| 5/4/2010 | KRM | Fees<br>Teleconference with Attorney Neil Smith and Nate Bruno regarding case management conference statement issues; agree to trial schedule and other dates. | 0.90<br>300.00/hr | 270.00 |
| 5/5/2010 | KRM | Fees<br>Draft and finalize Joint Case Management conference statement for filing. | 0.90<br>300.00/hr | 270.00 |
| 5/20/2010 | DMA | Fees<br>Prepare settlement agreement with Tony Perotti and supporting stipulation for judgment and judgment. Email to Mr. Martin for review and finalization. | 3.10<br>300.00/hr | 930.00 |

PATTON MARTIN & SULLIVAN LLP
Vallavista

Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/24/2010 | KRM | Fees<br>Attention to pre-mediation conference call in; correspondence with counsel for Vera Bradley regarding same; draft letter. | 0.20<br>300.00/hr | 60.00 |
| | KRM | Fees<br>Review settlement documents for Tony Perotti. | 0.70<br>300.00/hr | 210.00 |
| | KRM | Fees<br>Office conference with Attorney Austin regarding Dizengoff default and prove up issues. | 0.50<br>300.00/hr | 150.00 |
| | LM | Fees<br>Paralegal time, including telephone call and email to mediator regarding upcoming pre-mediation conference call | 0.20<br>100.00/hr | 20.00 |
| | DMA | Fees<br>Begin legal research and analysis regarding proving up default judgment against Dizengoff Handbags and discuss preliminary results with Mr. Martin. | 1.10<br>300.00/hr | 330.00 |
| 5/25/2010 | KRM | Fees<br>Office conference with Attorney Austin regarding default issues for Dizengoff; research availability of statutory damages where no actual damages can be proven from defaulting party; prepare for and attend hour long pre-mediation conference with Bill Fenwick court appointed mediator; set schedule for mediation, briefs etc.; teleconference to counsel for Vera Bradley regarding informal exchange of information; teleconference with client regarding same. | 2.30<br>300.00/hr | 690.00<br><br>1/3 = 230.⁰⁰ |
| 5/27/2010 | KRM | Fees<br>Attention to correspondence from mediator Bill Fenwick; calendar dates; forward email to client. | 0.30<br>300.00/hr | 90.00 |
| | KRM | Fees<br>Further revise and finalize settlement documents for Tony Perotti; draft email to Mr. Sack regarding same. | 0.60<br>300.00/hr | 180.00 |

| | | Hrs | Amount |
|---|---|---|---|
| For professional services rendered | | 13.50 | $3,550.00 |
| Previous balance | | | $4,210.66 |
| Addl amount due to replace trust funds | | | $5,000.00 |

PATTON MARTIN & SULLIVAN LLP
Vallavista

Page    3

| | Amount |
|---|---|
| **Total Balance Due** | **$12,760.66** |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 3,550.00 | 4,210.66 | 0.00 | 0.00 | 0.00 |

Vallavista Invoices

| Date | Amount |
|---|---|
| 1/5/2010 | $ 810.00 |
| 1/6/2011 | $ 870.00 |
| 1/7/2010 | $ 120.00 |
| 1/8/2010 | $ 720.00 |
| 1/11/2010 | $ 110.00 |
| 1/29/2010 | $ 270.00 |
| 1/11/2010 | $ 350.00 |
| 4/11/2010 | $ 310.00 |
| 4/13/2010 | $ 450.00 |
| 4/16/2010 | $ 330.00 |
| 4/22/2010 | $ 40.00 |
| 5/24/2010 | $ 330.00 |
| 5/25/2010 | $ 690.00 |
| | |
| | |
| | |
| | |
| | |
| Total | $5,400.00 |